IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK THOMAS EDWARDS,

    Plaintiff,

v.

PATRICIA JONAS, *et al.*

    Defendants.

No. C 13-04788 WHA

**ORDER RE IFP STATUS**

The complaint having been found to comply with 28 U.S.C. 1915, **IT IS FURTHER ORDERED** that the Clerk issue summons, and **IT IS FURTHER ORDERED** that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon defendants.

**IT IS SO ORDERED.**

Dated: October 24, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE