**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK THOMAS EDWARDS,

    Plaintiff,

  v.

PATRICIA JONAS, *et al.*

    Defendants.

No. C 13-04788 WHA

**ORDER RE MOTION FOR ENLARGEMENT OF TIME**

Pro se plaintiff moves for an extension of time to file a motion. This order, however, is unclear about what motion plaintiff seeks to file. At the current stage of this social security appeal, plaintiff does not need to file any motions; defendants must file an answer to plaintiff's complaint within 90 days of receipt of service of the summons and complaint. 42 U.S.C. 405(g).

Thus, plaintiff's motion to enlarge time is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: January 14, 2014.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE