IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK THOMAS EDWARDS,

    Plaintiff,

  v.

PATRICIA JONAS, *et al.*

    Defendants.

No. C 13-04788 WHA

**JUDGMENT**

For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** against plaintiff. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: April 10, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE